Jones J

◻ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

RECEIVED
02 2008
CHAMBERS OF
BARBARA S. JONES
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
BEATRIZ LOPEZ,                   :
                                 :
            Plaintiff,           :
                                 :
     - v. -                      :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   08 Civ. 6338 (BSJ)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from September 15, 2008

to and including November 14, 2008.  The reason for the request is

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08



that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       August    , 2008

By: *Irwin B. Silverman*
IRWIN B. SILVERMAN
Attorney for Plaintiff
166 East Central Avenue
Spring Valley, New York   10977
Telephone No.: (845) 425-1642

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *John Gura*
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

*Barbara S. Jones*
UNITED STATES DISTRICT JUDGE

9/3/08